

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Everhome Mortgage Company, Appellant

No. 06-13-00014-CV        v.

Caroline King a/k/a Caroline Wilson, Appellee

Appeal from the 62nd District Court of Lamar County, Texas (Tr. Ct. No. 80296). Opinion delivered by Justice Moseley, Chief Justice Morriss and Justice Carter participating.

As stated in the Court's opinion of this date, we find that the joint motion of the parties to dismiss the appeal by agreement should be granted. Therefore, we dismiss the appeal.

We further order that each party shall bear its own costs of appeal.

RENDERED JUNE 26, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk